- 1 -

1  Your Name: ALLEN McFARLAND
2  Address: 240 1st AVE, Daly City, CA 94014
3  Phone Number: 415-571-6186
4  Fax Number: N/A
5  E-mail Address: _____
6  Pro Se Plaintiff

8            UNITED STATES DISTRICT COURT
9           NORTHERN DISTRICT OF CALIFORNIA

**CV22-7054**

11 ALLEN McFARLAND         Case Number   *[leave blank]*

13          Plaintiff,       **COMPLAINT**

14   vs.

15 Gus Fuldwer              **DEMAND FOR JURY TRIAL**
16 Uber Technologies
17 vise president           Yes ☐   No ☐

19          Defendant.

                    **PARTIES**
1. Plaintiff. [*Write your name, address, and phone number. Add a page for additional plaintiffs.*]

23 Name: ALLEN McFARLAND
24 Address: 240 1st AVE, Daly City, CA 94014
25 Telephone: 415-571-6186

COMPLAINT
PAGE ___ OF ___  *[JDC TEMPLATE – Rev. 05/2017]*

2. Defendants. [*Write each defendant's full name, address, and phone number.*]

Defendant 1:

Name: Gus Fuldwer / uber technologies

Address: 1515 3rd San Francisco, CA 94158

Telephone: 800-253-9377

Defendant 2:

Name: _____

Address: _____

Telephone: _____

Defendant 3:

Name: _____

Address: _____

Telephone: _____

**JURISDICTION**

[*Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.*]

3. My case belongs in federal court

[✓] under federal question jurisdiction because it is involves a federal law or right. [*Which federal law or right is involved?*] Federal civil rights Laws Federal state Labor Laws.

[ ] under diversity jurisdiction because none of the plaintiffs live in the same state as any of the defendants and the amount of damages is more than $75,000.

COMPLAINT
PAGE ___ OF ___ [*JDC TEMPLATE – Rev. 05/2017*]

- 3 -

## VENUE

[*The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma. If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit. Check the box for each venue option that applies.*]

4. Venue is appropriate in this Court because:

   ☐ a substantial part of the events I am suing about happened in this district.

   ☐ a substantial part of the property I am suing about is located in this district.

   ☐ I am suing the U.S. government, federal agency, or federal official in his or her official capacity <u>and</u> I live in this district.

   ☒ at least one defendant is located in this District and any other defendants are located in California.

## INTRADISTRICT ASSIGNMENT

[*This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka. First write in the county in which the events you are suing about happened, and then match it to the correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.*]

5. Because this lawsuit arose in **San Francisco** County, it should be assigned to the **US District** Division of this Court.

## STATEMENT OF FACTS

[*Write a short and simple description of the facts of your case. Include basic details such as <u>where</u> the events happened, <u>when</u> things happened and <u>who</u> was involved. Put each fact into a separate, numbered paragraph, starting with paragraph number 6. Use more pages as needed.*]

Uber has treated me unfairly accusing me of fraud and abuse unlawfully practices so on 04-28-2022 I quitted they did not pay me within 72 hours and has violated waiting

COMPLAINT
PAGE ___ OF ___   [*JDC TEMPLATE – Rev. 05/2017*]

- 4 -

Time penalties order by the Labor commissioner so From 04-28-2022 to 10-18-2022 They continues to Denial and Not obey the state Labor Laws orders by Not paying me the $3,916.80 wait time penalties plus accusing me of Frauded and abuse I never committed violated my rights the civil rights Laws penalties I'm suing For $10,000 For these violation Including Economic Damages and Career Loss as Well

//
//

COMPLAINT
PAGE ___ OF ___ *[JDC TEMPLATE – Rev. 05/2017]*

## CLAIMS

### First Claim

(Name the law or right violated: <u>State Labor and civil rights Laws</u>

(Name the defendants who violated it: <u>Gus Fuldwer</u>)

[Explain briefly here <u>what</u> the law is, <u>what each</u> defendant did to violate it, and <u>how</u> you were harmed. You do not need to make legal arguments. You can refer back to your statement of facts.]

I had contact uber and also has ask to talk Directly to the payment Department worker who issue payments and spoke with them about the notice of claim form and they has gotting it and they continue Denial it by the Labor commissioner order and also uber Do has an History of Legal troblues in the past with workers and the Labor commissioner as well

//

COMPLAINT
PAGE ___ OF ___ [JDC TEMPLATE – 05/17]

_____ **Claim**

(*Name the law or right violated*: _____)

(*Name the defendants who violated it*: _____)

___. _____

_____

_____

_____

___. _____

_____

_____

_____

___. _____

_____

_____

_____

___. _____

_____

_____

_____

___. _____

_____

_____

_____

___. _____

_____

_____

_____

COMPLAINT
PAGE ___ OF ___ *[JDC TEMPLATE – 05/17]*

## DEMAND FOR RELIEF

[State what you want the Court to do. Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount, or describe the different kinds of harm caused by the defendant.]

I'm asking this court to Demand Uber technologies to pay me there violation of $10,000 right Now according of my civil rights violations and the waiting time penalties order by Federal Labor and civil rights Laws. Thank you Here there Email is Laborcomm.wca.sfo@dir.ca.gov and Name, Debra myers is the Deputy Labor commissioner

## DEMAND FOR JURY TRIAL

[Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.]

☐ Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date: 10-18-2022   Sign Name: /s/ Allen McFarland
                   Print Name: ALLEN McFARLAND

COMPLAINT
PAGE ___ OF ___  [JDC TEMPLATE – 05/17]

STATE OF CALIFORNIA

GAVIN NEWSOM, *Governor*

DEPARTMENT OF INDUSTRIAL RELATIONS
Division of Labor Standards Enforcement
1515 Clay Street, Ste. 1302
Oakland, CA 94612
Tel: (510) 622-3273



September 29, 2020

Re: (1) **Labor Commissioner Sues Uber and Lyft for Labor Code Violations Against All of Their California Drivers**
(2) **Pending Administrative Claims Have Therefore Been Dismissed**

Dear Claimant:

I am writing to let you know that the California State Labor Commissioner has filed lawsuits against Uber and Lyft under the Labor Commissioner's authority to enforce California's labor laws. By filing the lawsuits, the Labor Commissioner has asked the court to order Uber and Lyft to stop misclassifying their drivers as independent contractors and to provide all drivers with the protections available to employees under the Labor Code.

The lawsuits also seek recovery of unpaid wages and other amounts due to all of Uber and Lyft's California drivers. These include unpaid minimum wages for all hours worked, rest period wages, unpaid overtime wages, liquidated damages due for minimum wage violations, itemized wage statement violations, paid sick leave violations, penalties for failure to pay all wages due during employment and at separation of employment, and reimbursement of business expenses. The Labor Commissioner is the plaintiff in these lawsuits, proceeding under her independent legal authority to enforce these above-mentioned Labor Code protections on behalf of the State of California.

**As the lawsuits eliminate the need for each claim filed by every Uber and Lyft driver to go through the administrative hearing process as provided by Labor Code section 98(a), the Labor Commissioner has exercised her right under Labor Code section 98(a) to decline to proceed with administrative complaint(s) filed with the Labor Commissioner against Uber and/or Lyft. Your administrative wage complaint(s) against Uber and/or Lyft have therefore been dismissed.**

Please note that the Labor Commissioner is not proceeding as a representative or attorney for you or for any other drivers in this litigation. However, any amounts recovered by the Labor Commissioner in these lawsuits for unpaid wages and other amounts due to drivers, including liquidated damages, statutory penalties, and reimbursement of business expenses will be distributed to the employees who are owed these amounts, as is the Labor Commissioner's responsibility under state law. If necessary, our office will contact you during the court proceedings. Updates about the status of the lawsuits filed by the Labor Commissioner against Uber and Lyft may be found at: https://www.dir.ca.gov/dlse/Lawsuits-Uber-Lyft.html

If you are interested in settling your claims, please seek professional legal advice. The Labor Commissioner cannot provide you legal advice regarding any potential settlement of your claims.

Thank you for providing us with the information contained in your complaint(s) concerning this matter.

Sincerely,

*Carlos Torres*

Carlos Torres
Assistant Chief, Wage Claim Adjudication Unit

**STATE OF CALIFORNIA**
**Department of Industrial Relations**
**Labor Commissioner's Office**
455 Golden Gate Ave, 10TH FLOOR
SAN FRANCISCO, CA 94102
EMAIL: LABORCOMM.WCA.SFO@DIR.CA.GOV
FAX: (209) 812-1948



**PLAINTIFF:**
Allen McFarland,
240 1st Avenue, #204
Daly City, CA 94014

**DEFENDANT:**
Uber Technologies, Inc., a Delaware Corporation
1515 3RD ST
SAN FRANCISCO, CA 94158-2211

**State Case Number:**
WC-CM-901853

**NOTICE OF CLAIM FILED**

A notice of your claim has been mailed to the above name defendant. Your complaint was described as follows:

| CLAIM | Amount Earned or Accrued | Less Amount Paid | Balance Due |
|---|---|---|---|
| WAITING TIME PENALTIES – If an employer willfully fails to pay, in accordance with Labor Code Section 202, any wages of an employee who quits, the wages of the employee continue as a penalty from their due date at the same rate until paid, up to a maximum of 30 days. (See Labor Code Section 203) Plaintiff provided at least 72 hours' notice of quitting, effective 04/28/2022, on which date wages were due. Plaintiff claims waiting time penalties for 30 days' worth of wages, based on a rate of pay of $130.56 per day. Daily rate of pay is calculated as follows: job paid on commission rate (not yet provided by plaintiff) - WTP calculated by using San Francisco minimum wage ($16.32) X 8 projected hours = $130.56. | $3,916.80 | $0.00 | $3,916.80 |
| **TOTAL CLAIMED** | | | **$3,916.80** |

A document detailing the amount(s) due may be attached. Claim amounts may be approximate and subject to modifications as the claim proceeds. In addition, the employer may be subject to penalties due to the State of California, which may be assessed pursuant to Labor Code Section 210, 225.5 and 226.8.

This notice constitutes demand on behalf of the Plaintiff that all wages due be mailed immediately to the Labor Commissioner at the address listed above. Willful failure to pay when wages are due implicates waiting time penalties pursuant to Labor Code section 203.

The employer shall pay all conceded wages due, or parts thereof, without condition. Therefore, any amounts acknowledged due should be paid immediately by mailing this office a check or money order made payable to the Plaintiff. Plaintiff may continue the claim process on any outstanding claims or balances.

WCA 13 PLT Notice of Claim Filed (Rev. 10/19)

| | |
|---|---|
| **STATE OF CALIFORNIA**<br>**Department of Industrial Relations**<br>**Labor Commissioner's Office**<br>455 Golden Gate Ave, 10th Floor<br>San Francisco, CA 94102<br>EMAIL: laborcomm.wca.sfo@dir.ca.gov<br>FAX: (209) 812-1948 |  |
| **PLAINTIFF:**<br>Allen McFarland<br>240 1st Avenue, #204<br>Daly City, CA 94014 | |
| **DEFENDANT:**<br>Uber Technologies, Inc., a Delaware Corporation<br>1515 3RD ST<br>SAN FRANCISCO, CA 94158-2211 | |

| State Case Number<br>WC-CM-901853 | **NOTICE—INVESTIGATION COMPLETED** |
|---|---|

We have completed our investigation of the complaint made by the Plaintiff shown above.

This is to advise you that no further action is contemplated by this office and we are closing our file:

The Labor Commissioner has elected to file lawsuit under Labor Code Section 98.3 against Uber and Lyft. As the lawsuits eliminate the need for each claim filed by every Uber and Lyft driver to go through the administrative hearing process as provided by Labor code section 98(a), the Labor Commissioner has exercised her right under Labor Code section 98(a) to decline to proceed with administrative complaint(s) filed with the Labor Commissioner against Uber and/or Lyft on any date after December 31, 2019. Thus, the administrative wage complaints against Uber and/or Lyft have therefore been dismissed for claims filed after December 31, 2019.

NOTICE DATE: August 16, 2022

Debra Myers
Deputy Labor Commissioner
Laborcomm.wca.sfo@dir.ca.gov

Should any of the claims be disputed, the Defendant(s) are to submit a written statement of the facts in response to Plaintiff's allegations along with any conceded sums and/or propose to settle the matter on disputed claims. If such reply is submitted, a copy will be forwarded to Plaintiff for a response.

**If this claim is not settled, it may be resolved as provided by Section 98 of the Labor Code which includes the accrual of interest pursuant to Labor Code Section 98.1(c), 1194.2 and/or 2802(b).**

With respect to the claims above, the basis for liability may be determined on various grounds, including but not limited to liability pursuant to Labor Code sections 2810.3 and/or 238.5, and/or **individual liability** pursuant to Labor Code section 558.1.

Under Labor Code Section 558.1, any employer or other person acting on behalf of an employer who violates, or causes to be violated, any provision regulating minimum wages or hours and days of work in any order of the Industrial Welfare Commission, or violates, or causes to be violated, Labor Code Sections 203, 226, 226.7, 1193.6, 1194, or 2802, may be held liable as the employer for such violation. For purposes of Labor Code Section 558.1, the term "other person acting on behalf of an employer" is limited to a natural person who is an owner, director, officer, or managing agent of the employer.

Under Labor Code section 2810.3, a labor contractor(s) and the business entity (a "Client Employer") that was provided with workers by the contractor(s) to perform labor within the Client Employer's usual course of business may be held jointly and severally liable for any wages, damages, and penalties found due to the workers who performed the labor. A contract for the provision of labor between the contractor(s) and the Client Employer is not required for liability to attach under the law.

Under Labor Code Section 238.5(a)(1) "Any individual or business entity, regardless of its form, that, as a part of its business, contracts for services in the property services or long-term care industries shall be jointly and severally liable for any unpaid wages, including interest, to the extent the amounts are for services performed under that contract." "Property services" industry includes: "janitorial, security guard, valet parking, landscaping, and gardening services." § 238.5(e)(1).

**While this claim is before the Labor Commissioner, you are required under Labor Code Section 98(a) to notify the Labor Commissioner *in writing* of any change in your business or personal address within 10 days after any change occurs.**

NOTICE DATE: August 15, 2022

Debra Myers
Deputy Labor Commissioner

4.      Hi I am in an urgently need of this money right now because my car is in vehicle Registration collection and I need it now to find work I'm out off and I urgently this court to Demand ~~pay me right~~ now by ask uber to pay me right now Instant through my bank account

2, they already have or through other like mailing it again this is an urgently matter I urgently this court to Demand uber to pay me Right now Instant through my Bank account so I can get me car paid Renew Registration and Ticket violation and towing Fee's For my car to be Released and uber is the cost of my career loss and Economic Damages