1

2

3

4    UNITED STATES DISTRICT COURT

5    NORTHERN DISTRICT OF CALIFORNIA

6

7    ALLEN MCFARLAND,                          Case No. 22-cv-07054-JD

          Plaintiff,
8
                                               **ORDER DISMISSING CASE**
9        v.

10   GUS FULDWER, et al.,

          Defendants.
11

12          This action was filed by pro se plaintiff Allen McFarland against Uber Technologies Inc.

13   and its Vice President, Gus Fuldwer.[1]  McFarland indicated that his case "belongs in federal court"

14   under "federal question jurisdiction," though the gravamen of his complaint had to do with Uber's

15   alleged failure to pay waiting time penalties as ordered by the California Labor Commissioner.

16   Dkt. No. 1.

17          Pursuant to 28 U.S.C. § 1915(e)(2), a magistrate judge issued a screening order and

18   dismissed McFarland's *in forma pauperis* complaint for lack of federal subject matter jurisdiction.

19   Dkt. No. 4.  The magistrate judge noted that McFarland had not "state[d] a claim that establishes

20   federal question jurisdiction," and diversity jurisdiction was also unavailable, as there was an

21   apparent lack of complete diversity between the parties and McFarland had not pleaded an amount

22   in controversy over the $75,000 threshold.  *Id*.  McFarland was directed to file an amended

23   complaint that corrected this jurisdictional deficiency by December 13, 2022.  *Id*.  After

24   McFarland failed to file an amended complaint by that date, the magistrate issued a report

25   directing that the case be reassigned to a district judge and recommending that the case be

26   dismissed without prejudice for failure to prosecute.  Dkt. No. 9.

27   _____

28   [1] As the magistrate judge noted, plaintiff McFarland likely meant to name Gus Fuldner.  Dkt.
     No. 4 at 2.

United States District Court
Northern District of California

Since the magistrate judge's report was issued, McFarland has filed a number of letters and other documents on the docket.  Dkt. Nos. 12, 14, 15, 16.  He has not, however, filed an amended complaint, nor addressed the issue of federal subject matter jurisdiction in any of his filings.

"It is within the inherent power of the court to sua sponte dismiss a case for lack of prosecution."  *Ash v. Cvetkov*, 739 F.2d 493, 496 (9th Cir. 1984) (citation omitted).  After considering the Court's "need to manage its docket, the public interest in expeditious resolution of litigation, and the risk of prejudice to the defendants against the policy favoring disposition of cases on their merits, and the availability of less drastic sanctions," *id*., the Court concludes that dismissal is appropriate.

Consequently, the recommendation is adopted, and the case is dismissed without prejudice under Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Dated:  August 7, 2023

_____
JAMES DONATO
United States District Judge